IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| JACQUELINE M. MIHELCIC,<br><br>Plaintiff,<br><br>vs.<br><br>MERCY HEALTH SERVICES – IOWA, CORP. d/b/a MERCY MEDICAL CENTER – DUBUQUE; MEDICAL ASSOCIATES CLINIC, P.C.; MICHAEL CHAPMAN, M.D.; HONORIO CACERES, M.D.; and CHARLES MORROW, M.D.,<br><br>Defendants. | DOCKET NO. 16-cv-1002<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT MERCY HEALTH SERVICES – IOWA, CORP. d/b/a MERCY MEDICAL CENTER – DUBUQUE** |

COME NOW the parties to this action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and hereby stipulate to the dismissal without prejudice of Defendant Mercy Health Services - Iowa, Corp. d/b/a Mercy Medical Center - Dubuque ONLY.

BRIAN P. GALLIGAN  AT0002632
GALLIGAN REID P.C.
The Plaza - Suite 5
300 Walnut Street
Des Moines, Iowa, 50309-2292
Telephone: (515) 282-3333
Facsimile: (515) 282-0318
E-mail: bgalligan@galliganlaw.com

ATTORNEY FOR PLAINTIFF

/s/ Richard K. Whitty
Richard K. Whitty
O'Connor & Thomas PC
1000 Main Street
Dubuque, IA 52001
Phone: (563) 557-8400
Fax: (563) 556-1867
Email: rwhitty@octhomaslaw.com

ATTORNEYS FOR MERCY HEALTH
SERVICES – IOWA CORP.


/s/ Connie Alt
CONNIE ALT
SHUTTLEWORTH & INGERSOLL, P.L.C.
500 US Bank Bldg., P.O. Box 2107
Cedar Rapids, IA 52406
Phone: (319) 365-9461
Fax: (319) 365-8443
Email: cma@shuttleworthlaw.com

ATTORNEYS FOR DEFENDANTS
MEDICAL ASSOCIATES CLINIC, P.C.;
MICHAEL CHAPMAN, M.D.;
HONORIO CACERES, M.D.;
CHARLES MORROW, M.D.; and
MICHAEL B. KUENNEN, M.D.

---

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was served on each of the parties herein by:

- XX___ efile
- ___ e-mail
- ___ hand-delivering, or
- ___ faxing

a copy thereof to the attorney of record for such party at the last known address on ____9/20____, 2016.

/s/ Hallie A. Bushaw