IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| JAXQUELINE M. MIHELCIC,<br><br>    Plaintiff,<br><br>vs.<br><br>MEDICAL ASSOCIATES CLINIC, P.C.; MICHAEL CHAPMAN, M.D.; HONORIO CACERES, M.D.; AND CHARLES MORROW, M.D., MICHAEL B. KUENNEN, M.D.,<br><br>    Defendants. | DOCKET NO. 16-cv-1002<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS HONORIO CACERES, M.D. AND MICHAEL B. KUENNEN, M.D. |

COME NOW the parties to this action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and hereby stipulate to the dismissal without prejudice of Defendants Honorio Caceres, M.D. and Michael B. Kuennen, M.D., <u>ONLY</u>.

_____
BRIAN P. GALLIGAN AT0002632
GALLIGAN REID P.C.
The Plaza - Suite 5
300 Walnut Street
Des Moines, Iowa, 50309-2239
Telephone: (515) 282-3333
Facsimile: (515) 282-0318
E-mail: bgalligan@galliganlaw.com

ATTORNEY FOR PLAINTIFF

/s/ Connie Alt
CONNIE ALT
SHUTTLEWORTH & INGERSOLL, P.L.C.
500 US Bank Bldg., P.O. Box 2107
Cedar Rapids, IA 52406
Phone: (319) 365-9461
Fax: (319) 365-8443
Email: cma@shuttleworthlaw.com

ATTORNEYS FOR DEFENDANTS MEDICAL ASSOCIATES CLINIC, P.C.; MICHAEL CHAPMAN, M.D.; HONORIO CACERES, M.D.; CHARLES MORROW, M.D.; and MICHAEL B. KUENNEN, M.D.

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed with the Clerk of Court using the electronic filing system on February 9, 2017.

/s/Heather Bauman