IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| JACQUELINE M. MIHELCIC,<br><br>Plaintiff,<br><br>vs.<br><br>MEDICAL ASSOCIATES CLINIC, P.C.; MICHAEL CHAPMAN, M.D.; AND CHARLES MORROW, M.D.,<br><br>Defendants. | DOCKET NO. 16-cv-1002<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT DR. CHARLES MORROW, M.D. <u>ONLY</u> |

COME NOW the parties to this action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and hereby stipulate to the dismissal without prejudice of Defendant Charles Morrow, M.D. <u>ONLY</u>.

_____
BRIAN P. GALLIGAN  AT0002632
GALLIGAN REID  P.C.
The Plaza - Suite 5
300 Walnut Street
Des Moines, Iowa, 50309-2292
Telephone:  (515) 282-3333
Facsimile:  (515) 282-0318
E-mail:  bgalligan@galliganlaw.com

ATTORNEY FOR PLAINTIFF(S)

   */s Connie Alt*
CONNIE ALT
SHUTTLEWORTH & INGERSOLL, P.L.C.
500 US Bank Bldg., P.O. Box 2107
Cedar Rapids, IA 52406
Phone: (319) 365-9461
Fax: (319) 365-8443
Email: cma@shuttleworthlaw.com

ATTORNEYS FOR DEFENDANTS
MEDICAL ASSOCIATES CLINIC, P.C.;
MICHAEL CHAPMAN, M.D.; AND
CHARLES MORROW, M.D.

---

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served on each of the parties herein by:

      X_____ e-file
      _____ e-mail
      _____ hand-delivering, or
      _____ faxing

a copy thereof to the attorney of record for such party at the last known address on ___7/17___, 2017.

        /s/ Hallie A. Bushaw