IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| JACQUELINE M. MIHELCIC, <br><br> Plaintiff, <br><br> vs. <br><br> MEDICAL ASSOCIATES CLINIC, P.C.; MICHAEL CHAPMAN, M.D.; <br><br> Defendants. | DOCKET NO. 16-cv-1002 <br><br><br> **STIPULATION OF DISMISSAL** |

COME NOW the parties to this action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and hereby stipulate to the dismissal without prejudice of this action.

*/s/ Brian P. Galligan*
BRIAN P. GALLIGAN   AT0002632
GALLIGAN REID  P.C.
The Plaza - Suite 5
300 Walnut Street
Des Moines, Iowa, 50309-2292
Telephone:  (515) 282-3333
Facsimile:  (515) 282-0318
E-mail:  bgalligan@galliganlaw.com

ATTORNEY FOR PLAINTIFF(S)

*/s/ Connie Alt*
CONNIE ALT
SHUTTLEWORTH & INGERSOLL, P.L.C.
500 US Bank Bldg., P.O. Box 2107
Cedar Rapids, IA 52406
Phone: (319) 365-9461
Fax: (319) 365-8443
Email: cma@shuttleworthlaw.com

ATTORNEYS FOR DEFENDANTS
MEDICAL ASSOCIATES CLINIC, P.C.;
MICHAEL CHAPMAN, M.D.;

Original filed.